IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASMINE DUCKETT,**<br><br>                                          Plaintiff,<br><br>                    v.<br><br>**P. GARCIA,**<br><br>                                          Defendant. | Case No. 5:23-cv-04748-BLF<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

        Defendant P. Garcia moved this Court to change the time to file a summary judgment or other dispositive motion, up to and including July 17, 2024.  The Court has read and considered Defendant's request and the accompanying declaration of counsel, and finds good cause exists to grant the request.  Accordingly, Defendant's request to change time is **GRANTED.**  Defendant will have up to and including July 17, 2024 to file a dispositive motion.  As outlined in this Court's January 18, 2024 Order (ECF No. 13), Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendant no later than 28 days from the date the dispositive motion is filed.  A reply brief shall be filed no later than 14 days after Plaintiff's opposition is filed.  **IT IS SO ORDERED.**

Dated:  __April 16, 2024_____

_____
The Honorable Beth Labson Freeman

1

Order Granting Def.'s Mot. Change Time File Disp. Mot. (5:23-cv-04748-BLF)