UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASMINE DUCKETT,

      Plaintiff,

  v.

P. GARCIA,

      Defendant.

Case No. 23-cv-04748-BLF (PR)

**JUDGMENT**

    The Court has dismissed all claims against Defendant and granted his motion for summary judgment. Judgment is entered in favor of Defendant P. Garcia-Cortes.

    **IT IS SO ORDERED.**

Dated: _June 17, 2025____

                                      /s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.23\04748Duckett-judgment