UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE DUCKETT,<br><br>        Plaintiff,<br><br>    v.<br><br>P. GARCIA,<br><br>        Defendant. | Case No. 23-cv-04748 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**<br><br>(Docket No. 28) |

        Plaintiff, a state inmate, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  On June 17, 2025, the Court granted Defendant's motion for summary judgment and entered judgment the same day.  Dkt. Nos. 25, 26.  On August 4, 2025, Plaintiff filed a motion for an extension of time to file a notice of appeal, Dkt. No. 28, along with the notice of appeal, Dkt. No. 27.  Plaintiff states that she did not receive the final court order and judgment until the first week of July due to being transferred to the California Medical Facility.  *Id.* at 2.  Plaintiff was subsequently able to get help with her appeal and filed the instant motion and the Notice of Appeal.  *Id.* at 3.

        An appeal of right may be taken only by filing a valid notice of appeal in the district court within the time allowed by the Federal Rules of Appellate Procedure.  Fed. R. App. P. 3(a)(1).  Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of

appeal "be filed with the district clerk within 30 days after the entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1)(A). Rule 4(a)(5) allows a motion for an extension of time if the party requests it within thirty days of the expiration of the time to file the notice and shows excusable neglect or good cause. *See* Fed. R. App. P. 4(a)(5)(A); *accord* 28 U.S.C. § 2107(c) ("The district court may, upon motion filed not later than 30 days after the expiration of the time otherwise set for bringing appeal, extend the time for appeal upon a showing of excusable neglect or good cause."). Rule 4(a)(5) requires a "formal motion" that, among other things, "explicitly request[s] an extension of time." *Malone v. Avenenti*, 650 F.2d 569, 572 (9th Cir. 1988).

Since judgment was entered on June 17, 2025, Plaintiff had until July 17, 2025, to file a timely notice of appeal. Fed. R. App. P. 4(a)(1). Under Rule 4(a)(5), Plaintiff had thirty days thereafter, *i.e.*, until August 16, 2025, to file a motion for an extension of time. Therefore, the motion filed on August 4, 2025, was timely filed. Furthermore, the Court finds Plaintiff has shown good cause for the request based on the delay of mail and need to find assistance.

Based on the foregoing, Plaintiff's motion is **GRANTED**. The notice of appeal is deemed timely filed.

This order terminates Docket No. 28.

**IT IS SO ORDERED.**

Dated: __August 7, 2025_____

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to File NOA
PRO-SE\BLF\CR.23\04748Duckett_eot.appeal

2